# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

THELMA WILLIAMS
ADC #93197                                                                                          PLAINTIFF

V.                                           NO: 5:07CV00179 JMM

CAROLYN J. BENNETT *et al.*                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, the objections filed, and the record. Plaintiff has additionally filed a (1) Motion to Amend his complaint to add an additional defendant who plaintiff asserts failed to process his grievances; (2) a "Motion Having Problems" in which he continues to assert that defendants are failing to process his grievances and that defendants Luckett and Steveson are "keep[ing] him from court;" and (3) an affidavit in which he states that "they are taking my legal work out of the envelopes."

Plaintiff's access to the Courts claims regarding Luckett and Steveson have been addressed in *Williams v. Gibson, et al.*, No. 5:07CV00178 WRW. The assertion that his legal work is being removed from envelopes are against two person who are not defendants in this case and plaintiff's Motion to Amend does not seek to add additional defendants or claims regarding this issue.[1] Finally, because plaintiff has failed to state a claim regarding the alleged failure to process his grievances, the Motion to Amend will be dismissed as moot.

---

[1] The legal mail which plaintiff refers concerned lawsuits against defendant Hampton, but plaintiff does not say that it was Hampton who removed his mail.

After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   17   day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE