## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

THELMA WILLIAMS
ADC #93197                                                                                                         PLAINTIFF

V.                                            NO: 5:07CV00179 JMM

CAROLYN J. BENNETT *et al.*                                                  DEFENDANTS

### **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  17  day of August, 2007.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE