**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS
ADC #93197                                                                                                    PLAINTIFF

V.                                              NO: 5:07CV00179 JMM

CAROLYN J. BENNETT *et al.*                                                                     DEFENDANTS

## ORDER

On February 13, 2008, the Eighth Circuit Court of Appeals granted Plaintiff's motion to proceed *in forma pauperis*, affirmed the judgment of this Court, and assessed the full $455.00 appellate filing and docketing fees against Plaintiff (docket entry #31). The Court of Appeals has remanded the collection of the fees to this Court.

Based on information contained in Plaintiff's application to proceed *in forma pauperis* on appeal (docket entry #16), the Court will not assess an initial partial filing fee. However, Plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account each time the amount in the account exceeds $10.00. The Warden of the Varner Unit, or any future custodian, is required to send to the Clerk of the Court payments from Plaintiff's prison trust account, each time the amount in the account exceeds $10.00, until the filing and docketing fees of $455.00 are paid in full.

IT IS THEREFORE ORDERED THAT:

1. The Warden of the Varner Unit, or his designee, or any future custodian, shall collect from Plaintiff's prison trust account the $4555.00 filing and docketing fees by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's

1

income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

2. The Clerk of the Court is directed to send a copy of this order to: (1) the Warden of the Varner Unit, P.O. Box 600, Grady, AR 71644-0600; (2) the Arkansas Department of Correction Trust Fund Centralized Banking Office, Post Office Box 8908, Pine Bluff, Arkansas, 71611; and (3) the Arkansas Department of Correction Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612-0550.

DATED this 12th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE